UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-23768-CIV-MORENO

YADAY GONZALEZ GODEFOY,

    Plaintiff,

vs.

MONTES DE OCA ORIGINAL PIZZA
CUBANA #1, INC., MONTES DE OCA
ORIGINAL PIZZA CUBANA #2, INC.,
MMDO CORP. d/b/a Montes De Oca Original
Pizza Cubana, and MANUEL MONTES DO
OCA, JR.,

    Defendants.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record and the last recorded date of various proceedings. On December 3, 2018, the Court issued an Order to Show Cause why the Complaint in this case was not served in compliance with Federal Rule of Civil Procedure 4(m). The Court set December 13, 2018 as Plaintiff's deadline to respond to the Order to Show Cause. On December 13, 2018, instead of responding to the Court's Order to Show Cause or filing a return of service, Plaintiff filed three notices of consent to join additional plaintiffs and filed an Amended Complaint. *(See* **D.E. 6–9)**. Because Plaintiff did not timely respond to the Court's Order to Show Cause, the Complaint is DISMISSED without prejudice. See *Lara v. Afni, Inc.*, No. 15-81548, 2016 WL 6998722, at *1 (S.D. Fla. Feb. 16, 2016) (dismissing complaint without prejudice for want of prosecution after plaintiff failed to timely respond to court's order to show cause) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962) ("The authority of a court to dismiss *sua sponte* for lack of prosecution has generally been

considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs . . . .").

Nevertheless, after the Court imposed deadline expired, the now Plaintiffs filed a Response to Order to Show Cause asking the Court to extend the deadline to serve Defendants by sixty (60) days, for good cause shown, in order to "locate the original Defendants so that they can be served with process." **(D.E. 10 at 2.)** But Plaintiffs' response and accompanying attachments confirmed that Defendants were not served by the December 13, 2018 deadline imposed by Federal Rule of Civil Procedure 4(m). And under Rule 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--*must dismiss the action without prejudice against that defendant.*" Fed. R. Civ. P. 4(m) (emphasis added). Now, the Court also must "extend the time for service for an appropriate period" "if the plaintiff shows good cause for the failure" to serve. *Id.* But good cause for failure to serve within 90 days exists "only when some outside factor such as reliance on faulty advice, rather than inadvertence or negligence, prevented service." *Hart v. Zimmerman Holdings Grp., Inc.*, 313 F.R.D. 671, 672 (S.D. Fla. 2016) (quoting *Lepone–Dempsey v. Carrol Cty. Comm'rs*, 476 F.3d 1277, 1281 (11th Cir. 2007)).

Here, the deadline to serve Defendants expired on December 13, 2018. Plaintiffs' untimely response to the Court's Order to Show Cause indicates only that Plaintiffs attempted but failed to perfect service on Defendants on multiple occasions because Defendants could not be located. The Court finds Plaintiffs' failure to locate Defendants does not constitute good cause. For this additional reason, the Complaint is DISMISSED without prejudice.

Therefore, because Plaintiff failed to timely respond the Court's Order to Show Cause, and because Plaintiff's untimely response confirmed the summons and complaint were not timely served on Defendants, it is

**ADJUDGED** that this case is DISMISSED without prejudice. The Clerk of Court shall mark this case as CLOSED and DENY all pending motions as moot. Because the case is dismissed without prejudice, Plaintiffs are free to refile the complaint at a later time.

DONE AND ORDERED in Chambers at Miami, Florida, this __17th__ of December, 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record